UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE BABY BURNELL, | ) | NO. SACV 12-00552 MWF (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MARTIN BITER, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 9, 2012

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE